ELBERT PALING, AN INFANT, BY NEXT FRIEND, RE-SPONDENT, v. NEW YORK CENTRAL RAILROAD COM-PANY, APPELLANT.

Submitted October 26, 1929—Decided May 19, 1930.

For the respondent, *Carl Weitz.*

For the appellant, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, CAMPBELL, LLOYD, CASE, VAN BUSKIRK, McGLEN-NON, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.